UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRYBERRY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>LIBERTY MUTUAL FIRE INSURANCE )<br>COMPANY; DOES I through XX, inclusive; )<br>and/or ROE CORPORATIONS I through XX, )<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:13-cv-00658-GMN-CWH<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Carl W. Hoffman, (ECF No. 80), which recommends that Plaintiff William Terryberry's Motion for Re-taxation of Costs (ECF No. 74) be **DENIED** and Defendant Liberty Mutual Fire Insurance Company's Motion for Re-Taxation of Costs (ECF No. 75) be **GRANTED in part** and **DENIED in part**.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122

(9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 80) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff William Terryberry's Motion for Re-taxation of Costs (ECF No. 74) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Liberty Mutual Fire Insurance Company's Motion for Re-Taxation of Costs (ECF No. 75) is **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that Defendant's costs be retaxed at $4,195.37.

**DATED** this 23rd day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge