MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
IDA M. YBARRA, ESQ.
Nevada Bar No. 11327
GANZ & HAUF
8950 W. Tropicana Ave., Ste. 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiff

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM TERRYBERRY,<br><br>          Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; DOES I through XX, inclusive; and/or ROE CORPORATIONS I through XX, inclusive,<br><br>          Defendants. | Case No. 2:13-cv-00658-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY EXECUTION OF THE JUDGMENT** |

Plaintiff and Defendant, by and through their undersigned counsel, hereby submit this Stipulation and Order to stay execution of the Judgment pending the decision from the

///

///

///

///

///

///

///

1  Ninth Circuit Court of Appeals.

2  Dated this  9th   day of October, 2015         Dated this  9th   day of October, 2015

3  /s/ David Gould                                /s/ Ida Ybarra

4  _____                 _____
   Andrew Green, Esq.                             Marjorie Hauf, Esq.
5  Nevada Bar No. 9399                            Nevada Bar No. 8111
   David Gould, Esq.                              Ida Ybarra, Esq.
6  Nevada Bar No. 11143                           Nevada Bar No. 11327
   Koeller, Nebeker, Carlson                      Ganz & Hauf
7   & Haluck, LLP                                 8950 W. Tropicana Ave, Ste 1
   300 S. Fourth St. Ste 500                      Las Vegas, NV 89147
8  Las Vegas, NV 89101                            *Attorney for Plaintiff*
   *Attorney for Defendant*
9

10

11                                                **ORDER**

12  Furthermore, the parties shall file a         IT IS SO ORDERED
    status report in this matter no later than
13  March 7, 2016.                                _____
14                                                UNITED STATES MAGISTRATE JUDGE
15
                                                                October 13, 2015
16                                                      DATED: _____

17

18

19

20

21

22

23

24

25

26

27

28

